UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHELDON HUELL, an individual, | No. 2:22-cv-01394 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| BEVMO HOLDINGS, LLC, a Delaware Limited Liability Company; BEVMO GC SERVICES, LLC, a California Limited Liability Company, | |
| Defendant. | |

----oo0oo----

On November 30, 2022, plaintiff filed his first amended complaint adding a claim under California's Private Attorneys General Act ("PAGA"). (Docket No. 18). Defendant intends to file a motion to compel arbitration as to the new PAGA claim. (See Docket No. 17.) Considering that the court previously granted defendant's motion to compel arbitration of plaintiff's three other claims (Docket No. 16), the court deems it appropriate to continue the scheduling conference set for

1

December 5, 2022, to a date after the hearing on defendant's motion to compel arbitration as to the new PAGA claim. Accordingly, the December 5, 2022 scheduling conference is hereby RESET for February 13, 2023 at 1:30 p.m. in person.  An amended joint status report shall be filed no later than January 30, 2023.

       IT IS SO ORDERED.

Dated:  November 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2