1  Christopher S. Alvarez (SBN 294795)
   E-Mail: calvarez@fisherphillips.com
2  Christina M. Anton (SBN 340329)
   E-Mail: canton@fisherphillips.com
3  FISHER & PHILLIPS LLP
   621 Capitol Mall, Suite 2400
4  Sacramento, California 95814
   Telephone: (916) 210-0400
5  Facsimile: (916) 210-0401

6  Attorneys for Defendant
   BEVMO! INC. (*erroneously sued as* BEVMO HOLDINGS, LLC
7  and BEVMO GC SERVICES, LLC)

8
   **WRIGHT LAW CORPORATION**
9  RYAN C. WRIGHT (SBN 318267)
   ryan.wright@wrightlawcorp.com
10 CHARLES RAUB (SBN 346566)
   Charles.raub@wrightlawcorp.com
11 2999 Douglas Blvd., Suite 180
   Roseville, California 95661
12 Telephone: 916.299.0331

13 Attorneys for Plaintiff
   Sheldon Huell
14

15                    UNITED STATES DISTRICT COURT
16                    EASTERN DISTRICT OF CALIFORNIA
17

18
   SHELDON HUELL, an individual,
19                                          Case No: 2:22-cv-01394-WBS-AC
                  Plaintiff,
20
        v.                                  *[Originally Sacramento County Superior Court Case No. 34-2022-00322210]*
21
   BEVMO HOLDINGS, LLC, a Delaware
22 Limited Liability Company; BEVMO GC
   SERVICES, LLC, a California Limited     **JOINT STIPULATION TO EXTEND TIME**
23 Liability Company,                       **FOR PARTIES TO FILE FOR DISMISSAL**
                                            **AN ORDER**
24                Defendants.

25                                          Complaint Filed: June 21, 2022

26
27
28

---
JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL AND ORDER
FP 54218062.1
FP 54218062.1-2

**IT IS HEREBY STIPULATED AND AGREED TO** by Plaintiff SHELDON HUELL ("Plaintiff") and Defendant BEVMO! INC., erroneously sued as BevMo Holdings, LLC and BevMo GC Services, LLC ("Defendant") (collectively referred to as the "Parties") that:

WHEREAS¸ the Parties have finalized and executed a settlement agreement, resolving all matters related to this action;

WHEREAS, on February 25, 2025, the Parties filed a Joint Notice of Settlement, informing the Court of the reached agreement and plan to file a request for dismissal pursuant to Local Rule 160;

WHEREAS, on February 25, 2025, the Court ordered the Parties to file a stipulated dismissal pursuant to Local Rule 160(b) no later than March 18, 2025;

WHEREAS, Local Rule 160(b) provides the Court with the ability to extend the time for filing the dispositional papers pursuant to good cause;

WHEREAS, Defendant's deadline to issue payment in support of the settlement is not until March 26, 2025;

WHEREAS, pursuant to the settlement agreement, dismissal of the action cannot occur until after the settlement payment is issued and received by Plaintiff;

WHEREAS, because of this, the Parties seek additional time to file the stipulated dismissal. Good cause exists for the proposed extension of this deadline because Plaintiff and Defendant both require additional time in order to fulfil the obligations of the settlement agreement;

WHEREAS, the Parties request that the deadline for filing the stipulated dismissal be extended from March 18, 2025 to April 4, 2025.

**IT IS SO STIPULATED.**

Dated:  March 18, 2025                                  Wright Law Corporation

                                                    By: */s/Ryan C. Wright*
                                                        Ryan C. Wright
                                                        Charles Raub
                                                        Attorneys for Plaintiff
                                                        Sheldon Huell

| | |
|---|---|
| Dated: March 18, 2025 | FISHER & PHILLIPS LLP |
| | By: */s/ Christina M. Anton* |
| | Christopher S. Alvarez |
| | Christina M. Anton |
| | Attorneys for Defendant |
| | BEVMO! INC. (erroneously sued as BEVMO HOLDINGS, LLC and BEVMO GC SERVICES, LLC) |

**ORDER**

Pursuant to the stipulation of the Parties and good cause appearing, the Parties shall file the stipulated dismissal on or before April 4, 2025.

**IT IS SO ORDERED.**

Dated: March 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER

FP 54218062.1
FP 54218062.1-2