

1 | **WRIGHT LAW CORPORATION**
RYAN C. WRIGHT (SBN 318267)
ryan.wright@wrightlawcorp.com
CHARLES RAUB (SBN 346566)
charles.raub@wrightlawcorp.com
2999 Douglas Blvd., Suite 180
Roseville, California 95661
Telephone: 916.299.0331

Attorneys for Plaintiff
Sheldon Huell

Christopher S. Alvarez (SBN 294795)
E-Mail: calvarez@fisherphillips.com
Christina M. Anton (SBN 340329)
E-Mail: canton@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
BEVMO! INC. (*erroneously sued as* BEVMO HOLDINGS, LLC and BEVMO GC SERVICES, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON HUELL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEVMO HOLDINGS, LLC, a Delaware Limited Liability Company; BEVMO GC SERVICES, LLC, a California Limited Liability Company,<br><br>　　　　　Defendants. | Case No: 2:22-cv-01394-WBS-AC<br><br>*[Originally Sacramento County Superior Court Case No. 34-2022-00322210]*<br><br>**AMENDED JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL AND ORDER**<br><br>Complaint Filed: June 21, 2022 |

1

**AMEND STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**

Plaintiff SHELDON HUELL ("Plaintiff") and Defendant BEVMO! INC., erroneously sued as BevMo Holdings, LLC and BevMo GC Services, LLC ("Defendant") (collectively, the "Parties") by and through their respective counsel, hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action be dismissed with prejudice.

## RECITALS

WHEREAS, on June 21, 2022, Plaintiff filed the action styled *Sheldon Huell v. BevMo Holdings, LLC et al.*, in Sacramento County Superior Court, Case No. 34-2022-00322210;

WHEREAS, on August 5, 2022, Defendant removed the action to federal court, now pending in this Court as Case No. 2:22-cv-01394-WBS-AC;

WHEREAS, on November 30, 2022, Plaintiff filed a First Amended Complaint, adding a cause of action under PAGA and correcting the name of Defendant to BevMo! Inc.;

WHEREAS, on February 6, 2023, Plaintiff's individual claims were ordered to be submitted to binding arbitration and his PAGA claim was dismissed;

WHEREAS, on February 24, 2023, Plaintiff submitted a demand for arbitration with JAMS;

WHEREAS, the Parties have agreed to resolve the action through a Settlement Agreement and General Release, fully executed on February 19, 2025 (the "Agreement");

WHEREAS, the Parties seek dismissal of this entire action and all claims with prejudice to comply with the Agreement.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as follows:

1. The action, and all claims therein, individual Plaintiff's individual claims, is dismissed with prejudice, in its entirety; and

2. Each party shall bear its and/or his own respective attorneys' fees and costs.

///

///

///



**AMEND STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**

///

**IT IS SO STIPULATED.**

DATED:_____                     Wright Law Corporation

                                            By:_____
                                                Ryan C. Wright
                                                Charles Raub
                                                Attorneys for Plaintiff
                                                Sheldon Huell


DATED:_____                     Fisher & Phillips LLP

                                            By:_____
                                                Christopher S. Alvarez
                                                Christina M. Anton
                                                Attorneys for Defendant
                                                BEVMO! INC. (erroneously sued as
                                                BEVMO HOLDINGS, LLC and BEVMO
                                                GC SERVICES, LLC)



**AMEND STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**

## ORDER

The Court having reviewed the Stipulation of the Parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, including Plaintiff's individual claims, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



**AMEND STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**